UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH ABREU, : | |
|     Plaintiff, : | |
| : | |
| v. : | No. 5:23-cv-01092 |
| : | |
| SCI GREENE STATE CORRECTIONAL : | |
| INSTITUTION; : | |
| PA DEPARTMENT OF CORRECTIONS; : | |
| SUPT. MICHAEL ZAKEN; : | |
| STEPHEN BUZAS; : | |
| JOHN DOE LIEUTENANT NAPOLEAN; : | |
| and JOHN DOES #1-10; : | |
|     Defendants. : | |

**O R D E R**

**AND NOW**, this 4th day of April, having screened the Complaint pursuant to 28 U.S.C. § 1915A and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. To the extent the Complaint asserts a claim pursuant to 42 U.S.C. §§ 1983 and/or 1985, it is dismissed as follows:

    A. The Pennsylvania DOC and SCI Greene, as well as the official capacity claims against Defendants Zaken, Buzas, John Doe Napolean, and John Does #1-10 are **dismissed with prejudice**.

    B. The § 1983 claim is otherwise **dismissed without prejudice**.

    C. The § 1985 claim is **dismissed with prejudice**.

2. Supplemental jurisdiction over the state-law claims is denied.

3. **Within twenty days of the date of this Order**, Plaintiff Abreu may, consistent with the Opinion, file an amended complaint.

      4.      If an amended complaint is not timely filed, this action will be closed without further notice.[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] If Abreu elects not to file an amended complaint, he is advised that the period of limitations for his state-law claims was tolled during the pendency of this action and "for a period of 30 days after it is dismissed unless State law provides for a longer tolling period." *See* 28 U.S.C. § 1367(d).