UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH ABREU,<br>　　　　Plaintiff,<br><br>　　v.<br><br>SAM V. NAPOLEAN[1] and JOHN DOE #1,<br>　　　　Defendants. | :<br>:<br>:<br>:　No. 5:23-cv-1092<br>:<br>:<br>: |

# O R D E R

**AND NOW**, this 14th day of November, 2023, for the reasons set forth in the Opinions issued this date and on April 4, 2023, *see* ECF No. 3, **IT IS ORDERED THAT:**

1. The Motion to Dismiss, ECF No. 12, is **GRANTED**.

2. The Amended Complaint, ECF No. 5, is **DISMISSED with prejudice**.

3. The case is **CLOSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Defendant's last name is correctly spelled "Napoleon."